June 17, 1965

Commonwealth ex rel. Bair *v.* Bair,
Appellant.

Argued June 16, 1965. *Robert S. Lucarini,* with him *Julius E. Fioravanti,* for appellant; *Richard I. Torpey,* for appellee.

Order affirmed.

FLOOD, J., absent.